1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELTON A. SPEARS, JR. and SIDNEY SCHOLL, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>FIRST AMERICAN EAPPRAISEIT, (a/k/a eAppraiseIT, LLC), a Delaware limited liability company,<br><br>        Defendant. | CASE NO. 2:13-cv-05865-SJO-MRW<br><br>N.D.CASE NO. 5:08-CV-00868 (RMW)<br><br><u>CLASS ACTION</u><br><br>**[~~PROPOSED~~] ORDER RE: VOLUNTARY DISMISSAL**<br><br>DATE:  N/A<br>TIME:  N/A<br>CTRM:  H, 9th Floor |

1 | Upon review of the papers submitted and for good cause thereon,
2 | IT IS HEREBY ORDERED that Plaintiffs' Motion to Compel Production of
3 | Documents From Non-Party LSI Appraisal LLC has been resolved and this matter is
4 | now properly dismissed.

```
Dismissal is without prejudice pursuant to voluntary dismissal
                   procedure under FRCP 41(a)(2).
```

IT IS SO ORDERED.

Dated: May 8, 2014

/s/ Judge Wilner
_____
Hon. Michael R. Wilner
United States Magistrate Judge